AO 245B    (Rev. 06/05) Judgment in a Criminal Case
          Sheet 1                                                                                      AM/jw

# UNITED STATES DISTRICT COURT
## Southern District of Mississippi

UNITED STATES OF AMERICA          **JUDGMENT IN A CRIMINAL CASE**
**V.**
RAFAEL RIOS                        Case Number:    3:06cr60TSL-JCS-001

                                   USM Number:     15845-014



                                   Robert G. Anderson, Attorney at Law,
                                   P. O. Box 22567, Jackson, MS 39225, 601-985-4505
                                   Defendant's Attorney:

## THE DEFENDANT:

☑ pleaded guilty to count(s)      1 through 7 of Indictment

☐ pleaded nolo contendere to count(s)
  which was accepted by the court.

☐ was found guilty on count(s)
  after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 1341 | Mail Fraud | 10/31/05 | 1 through 7 |

      The defendant is sentenced as provided in pages 2 through ___11___ of this judgment. The sentence is imposed pursuant to
the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is  ☐ are  dismissed on the motion of the United States.

      It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence,
or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution,
the defendant must notify the court and United States attorney of material changes in economic circumstances.

                        August 29, 2008
                        Date of Imposition of Judgment

                        _____
                        Signature of Judge

                        The Honorable Tom S. Lee        Senior U.S. District Court Judge
                        Name and Title of Judge

                        _____9/8/08_____
                        Date

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 4—Probation

| | Judgment—Page | 2 | of | 11 |

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

# PROBATION

The defendant is hereby sentenced to probation for a term of :

Three (3) years per count, to run concurrently.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
   future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
   student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

   If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

   The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 4C — Probation

Judgment—Page    3    of    11

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## SPECIAL CONDITIONS OF SUPERVISION

(1)    The defendant shall participate in the home confinement program, to include electronic monitoring, for a period of six (6) months.  While in this program, the defendant is to remain in his home at all times, with the only exceptions being employment and any activities approved in advance by his probation officer.  The defendant shall comply with all requirements of the home confinement program, at the direction of the supervising U.S. Probation Officer.  He is required to pay the costs of the electronic monitoring program, as directed by the U.S. Probation Office.

(2)    The defendant shall not incur any new credit without the prior approval of the supervising U.S. Probation Officer, and shall provide any requested business or personal financial information requested by the U.S. Probation Officer.

(3)    The defendant shall perform 200 hours of community service work at the direction of the supervising U.S. Probation Officer.

(4)    The defendant shall submit to random testing for substance abuse, and if deemed necessary by the supervising U.S. Probation Officer, shall participate in a treatment program for substance abuse.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5 — Criminal Monetary Penalties

| | | | Judgment — Page | 4 | of | 11 |
|---|---|---|---|---|---|---|

DEFENDANT: RAFAEL RIOS
CASE NUMBER: 3:06cr60TSL-JCS-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** * | $700.00 | | $36,920.23 |

\* $100.00 for each of the seven counts.

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Aasen, Mike<br>5 Villa Place<br>Pueblo, CO 81001 | | $1,724.85 | |
| Becker, Wayne<br>1431 Main Blvd<br>South Park, PA 15129 | | $71.00 | |
| Bernard, Howard<br>719 Crestwood Place<br>West Hempstead, NY 11552-3402 | | $107.00 | |
| Bock, Richard<br>100 Lynmoor Drive<br>Silver Spring, MD 20901 | | $165.90 | |
| Boussios, Curt<br>3737 W. North Shore Ave<br>Lincolnwood, IL 60712 | | $1,111.54 | |
| **TOTAL** (pages 4, 5, 6, 7, 8, 9, and 10) | $ | $ 36,920.23 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine  ☑ restitution.

☐ the interest requirement for the   ☐ fine  ☐ restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B      (Rev. 06/05) Judgment in a Criminal Case
             Sheet 5B — Criminal Monetary Penalties

|  |  | Judgment—Page | 5 | of | 11 |
|---|---|---|---|---|---|

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Bredbeck, Bruce<br>6620 S. High Street<br>Centinnial, CO  80121 | | $556.05 | |
| Cassella, Robert<br>478 1st Street<br>Atco, NJ  08004 | | $30.00 | |
| Cieslik, Chester<br>2172 Dupont Drive, Suite 14<br>Irvine, CA  92612 | | $61.00 | |
| Collins, Stephen<br>5662 N. Mina Vista<br>Tucson, AZ  85718 | | $285.00 | |
| Corwell, Lloyd<br>2013 Loggerhead Road<br>Las Vegas, NV  89117 | | $1,405.00 | |
| Daniels, Marla<br>P. O. Box 1098<br>Santa Clara, CA  95009 | | $234.67 | |
| Delano, James<br>2716 Mary Ann Manor<br>LaVerne, CA  91750 | | $35.51 | |
| Department of Justice<br>Office of Victims of Crime<br>810 Seventh Street N.W. , 8th Floor<br>Washington, DC  20531 | | $2,093.79 | |
| Dewitt, Clint<br>4626 E. La Puente Avenue<br>Phoenix, AZ  85044 | | $120.00 | |
| Dillon, James<br>37778 Siena Drive<br>Farmington Hills, MI  48331 | | $6,244.75 | |
| eBay / PayPal Fraud Investigation Team<br>2211 North First Street<br>San Jose, CA  95131 | | $365.61 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B     (Rev. 06/05) Judgment in a Criminal Case
            Sheet 5B — Criminal Monetary Penalties

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

Judgment—Page   6   of   11

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Fish, Lee<br>C/O Patricia Fish<br>13069 Oak Forest Drive<br>Bryan, TX  77807 | | $900.00 | |
| Gabbard, Perry Joe<br>1417 Fairfield Road<br>Westmoreland, TN  37186 | | $145.56 | |
| Gibb, Blake<br> 3101 NW 19th<br>Oklahoma City, OK  73107 | | $361.19 | |
| Hamilton, Fred<br>106 Beach Road<br>Craig, AR  99921 | | $426.99 | |
| Harder, Jim<br>105 Valhalla Ct.<br>Aledo, TX  76008 | | $83.77 | |
| Hatton, Scott<br>950 Western<br>Covington, KY  41011 | | $528.50 | |
| Hope, Roger<br>4832 Freedom Avenue<br>Chubbuck, ID  83202-3046 | | $60.00 | |
| Kerr, Vicki<br>13841 W. Montana Avenue<br>Lakewood, CO  80228 | | $92.00 | |
| Kessler, Laura<br>412 Kerfoot Street<br>E. Peoria, IL  61611 | | $101.75 | |
| Kim, Daniel<br>740 Red Lion Road #113<br>Philadelphia, PA  19115 | | $232.50 | |
| Kimes, Curtis<br>1355 Martin Drive<br>Auburn, CA  95603 | | $8.37 | |

    * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5B — Criminal Monetary Penalties

| | | Judgment—Page | 7 | of | 11 |

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Landrum, Scott
550 N. Pettonville Avenue
Southlake, TX  76092 | | $2,535.00 | |
| Larsen, Doug
2212 S. 20th Street
Omaha, NE  68108 | | $30.00 | |
| Long, William
1004 University Ridge Drive
Reno, NV  89512 | | $405.57 | |
| Lubeznik, Maria
2201 E. 29th Street
Brooklyn, NY 11229 | | $150.73 | |
| Lynch, James
P.O. Box 564
Shepherd, MI  48883 | | $696.92 | |
| Marceills, Eva
6215 Normandy, Apt. 22
Saginaw, MI  48633 | | $101.07 | |
| Matzdorf, Eric
2570 S. Pagosa
Pagosa Springs, CA  81147 | | $525.00 | |
| McClellan, Doug
3950 Johnson Drive
Oceanside, CA  92056 | | $953.99 | |
| Mentzer, James
2523 W. Woodwell Road
Baltimore, MD  21222 | | $51.69 | |
| Meier, Billy
16609 Cogan Road
Independence, MO  64055 | | $25.50 | |
| Miller, Allan
484 Allan Miller Lane
Parsons, TN  38363 | | $171.25 | |

   * Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 5B — Criminal Monetary Penalties

| | | | Judgment—Page | 8 | of | 11 |

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Munson, Donald<br>C/O Kelly D. Murray Beam<br>3411 Old Lantern Ct.<br>Miamisburg, OH  45342 | | $158.55 | |
| Munz, Charles<br>1117 Lambert Road<br>Teanock, NJ  07666 | | $331.50 | |
| Nesteby, Dennis<br>5432 Hanbury Street<br>Long Beach, CA  90808 | | $47.00 | |
| Nickolas, Stephen<br>300 Hayward Avenue<br>Apartment 2E<br>Mt. Vernon, NY  10552 | | $190.00 | |
| Nocerino, Alex<br>205 Vanderbilt Street<br>Brooklyn, NY  11218 | | $295.00 | |
| Plamondon, Kevin<br>13310 S. West Bay Shore Drive<br>Traverse City, MI  49684 | | $438.06 | |
| Pointner, Wolf-Dieter<br>28627 108th Street<br>Zimmermen, MN  55398 | | $315.99 | |
| Rockwell, Mike<br>43378 Walnut Lane<br>Davis, CA  95618 | | $25.00 | |
| Samuels, Darrel<br>11654 Kestrel Road<br>Klamath Falls, OR  97601 | | $130.00 | |
| Shaughnessy, Joseph<br>5225 Jean Road 105<br>Lake Oswego, OR  97035 | | $238.80 | |
| Shinkay, Sean<br>11946 N. St. Rd. 26<br>Fort Arthurson, WI  53538 | | $2,732.56 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 5B — Criminal Monetary Penalties

| | Judgment—Page | 9 | of | 11 |
|---|---|---|---|---|

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Shirbroun, Daniel<br>7293 Dumosa<br>Yucca Valley, CA  92286 | | $2,540.01 | |
| Short, Larry<br>1285 CR 2395<br>Alvord, TX  76225 | | $4,555.00 | |
| Sloves, Jason<br>12654 Collins St. N.<br>Los Angeles, CA  91607 | | $25.00 | |
| Smith, Asa<br>107 Saddlehorn Drive<br>Warner Robins, GA  31088 | | $134.50 | |
| Sorochin, Craig<br>44 White Cedar Road<br>Barboursville, VA  22923 | | $36.00 | |
| Stovall, Don<br>P.O. Box 2588<br>Hayden, ID  83835 | | $175.95 | |
| Taylor, Dave<br>5106 Daventry Pl<br>Midland, TX  79705 | | $60.25 | |
| Thomas, Eddie<br>2332 Huntington Ct<br>Alexandria, VA  22303 | | $655.00 | |
| Trull, Tony<br>2434 Steed Ct.<br>Lomita, CA  90717 | | $116.50 | |
| Wettlin, Jason<br>6429 NW 70th Street 4<br>Kansas City, MO  64151 | | $170.50 | |
| Wolicki, Robert<br>961 Harper Road<br>Crescent, PA  15046 | | $101.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
          Sheet 5B — Criminal Monetary Penalties

| | Judgment—Page | 10 | of | 11 |
|---|---|---|---|---|

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

## ADDITIONAL RESTITUTION PAYEES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Wood, Rick<br>835 High Point Ridge Rd<br>Franklin, TN  37069 | | $224.49 | |
| Workman, Aniwo<br>13213 First Street<br>Ft. Myers, FL  33905 | | $24.55 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
           Sheet 6 — Schedule of Payments

DEFENDANT:  RAFAEL RIOS
CASE NUMBER:  3:06cr60TSL-JCS-001

Judgment — Page  11  of  11

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☑ Lump sum payment of $ __700.00__ due immediately, balance due

     ☐ not later than _____ , or
     ☑ in accordance  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

The defendant is ordered to pay restitution in the amount of $36,920.23, to the U.S. District Court Clerk in the Southern District of
Mississippi, who shall forward payments to the victims, as listed on the judgment order. The restitution is due immediately, and is
payable immediately upon completion of a project which is expected to close by the end of September 2008, but no later than
January 10, 2009. The defendant must pay the mandatory special assessment fee of $100 per count, for a total of $700,
immediately.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during
imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial
Responsibility Program, are made to the Clerk of Court P. O. Box 23552, Jackson, MS 39225-3552.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Numbers (including defendant number) and Defendant and Co-Defendant Names, Total Amount, Joint and Several Amount,
and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal,
(5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.