IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



UNITED STATES OF AMERICA

VS.                      CRIMINAL No. 3:06-cr-60-TSL-JSC

RAFAEL RIOS

## ORDER AUTHORIZING WORK-RELATED TRAVEL

THIS CAUSE comes before the Court on the motion *ore tenus* of the Defendant, Rafael Rios, by and through his counsel, Robert G. Anderson, for authority to travel from his home in Elmhurst, Illinois, to Jackson, Mississippi, for the purpose of participating in meetings related to his work as a real estate developer. Counsel has advised the Court that Rafael Rios is engaged in a number of projects which include work with Sapphire Business Development and the Mississippi Development Authority in relation to proposed plant development projects within the State of Mississippi. The Court is advised that the United States Attorney does not oppose this motion and that neither Defendant's Probation Officer in Illinois nor the Probation Officer in Mississippi opposes this request. Accordingly, the Defendant is authorized to engage in travel from Illinois to Mississippi, subject to the following conditions:

1. Defendant is hereby authorized to travel from Illinois to Mississippi during the months of February and March as he completes the period of his home confinement provided he checks in first with his supervising Probation Officer in Illinois before he leaves Illinois and provides that Probation Officer with specific information concerning the date(s) of his travel and the purpose(s) for his travel. Additionally, Defendant shall check in with Probation Officer Athena McInnis or such other supervising Probation Officer as she may designate upon his arrival in

Mississippi to advise that he is in Mississippi and to share similar details about the date(s) and purpose(s) of his travel into Mississippi.

2. While he is in Mississippi, Defendant shall remain subject to the same special conditions and hourly schedule which are in place as part of his home confinement in Illinois. Whatever his current curfew is pursuant to his home confinement in Illinois, that shall remain his curfew while he is present in Mississippi for these work-related travels.

SO ORDERED AND ADJUDGED this 13 day of February, 2009.

                                            TOM S. LEE
                                            Senior United States District Judge